ARMIN BENCOE, Appellant, *v.* ROBERT E. McDONNELL et al., Respondents.

(Submitted March 13, 1933; decided March 15, 1933.)

*James Marshall* for motion.
*William F. Unger* opposed.

Motion denied. The appellant must present his case to this court upon a case as settled. (*Kilmer* v. *New York Central R. R. Co.*, 94 N. Y. 495, 496.)

FLORINDO S. POLO, Respondent, *v.* JOSEPH J. LORDI et al., Appellants.

(Submitted March 13, 1933; decided March 15, 1933.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 261 N. Y. 221.)

J. B. PRESTON COMPANY, INC., Appellant and Respondent, *v.* RAYMOND J. FUNKHOUSER et al., Doing Business under the Firm Name of R. J. FUNKHOUSER & COMPANY, Respondents and Appellants.

(Submitted March 13, 1933; decided March 15, 1933.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 261 N. Y. 140.)